# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**SONIA BARAHONA RODRIGUEZ, ET AL.**                                          **PLAINTIFFS**

**vs.**                                          **CIVIL ACTION NO. 3:05-cv-0738-WHB-JCS**

**KIVETT'S INC., ET AL.**                                          **DEFENDANTS**

### CONSOLIDATED WITH

**GUADALUPE MORALES BARAHONA, ET AL.**                                          **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 3:06-cv-0013-WHB-JCS**

**KIVETT'S INC., ET AL.**                                          **DEFENDANTS**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the Plaintiffs' cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 13th day of November, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED :


s/ James B. Grenfell
JAMES B. GRENFELL, ESQ. – BAR # 5011
Attorney for the Plaintiffs


s/ Gerald L. Kucia
GERALD L. KUCIA, ESQ. – BAR # 8716
Attorney for Kivett's, Inc. and Benny E.
    McMillan


s/ Clyde X. Copeland, III
CLYDE X. COPELAND, III, ESQ. – BAR # 10322
Attorney for Floricel Rodriguez